# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ARDRITH L. BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 11-00611-CV-W-FJG |
| | ) |
| PATRICK R. DONAHOE, | ) |
| POSTMASTER GENERAL OF THE U.S. | ) |
| POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed her complaint on June 14, 2011 (Doc. No. 1). The deadline for completion of service pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, was October 17, 2011. On November 15, 2011, plaintiff was directed to show cause on or before November 30, 2011, why this case should not be dismissed for failure to prosecute. On November 30, 2011, plaintiff filed a Motion for An Extension of Time. On December 16, 2011, the Court granted plaintiff an extension of time until January 9, 2012 in order to complete service. On February 2, 2012, the Court directed plaintiff to show cause in writing on or before February 21, 2012, why this matter should not be dismissed for failure to prosecute. Plaintiff was advised that failure to respond to this Court's order will result in the dismissal of her case. On February 21, 2012, plaintiff filed a Return of Service with the Court, indicating that defendant Patrick R. Donahoe was served on January 10, 2012. On February 28, 2012, the Court issued an Order extending the deadline for the completion of service, because although plaintiff had served Patrick R. Donahoe, she had not completed service on the Attorney General of the United States and on the United States Attorney for the Western District of Missouri. The Court extended the time limit for service until March 16, 2012 in order to allow plaintiff to properly serve these parties. To date, plaintiff has not filed a Return of

Service for either of these defendants nor has she asked for an extension of time to complete service. Accordingly, the Court hereby **DISMISSES** plaintiff's Complaint **WITHOUT PREJUDICE** for failure to prosecute.


Date: 4/2/2012                                            **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                          Fernando J. Gaitan, Jr.
                                                           Chief United States District Judge